UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE ANTHONY
JOHNSON,

        Plaintiff

v.

HATATU ELUM, *et al.*,

        Defendants.
_____/

Case No. 4:20-cv-12422
District Judge Matthew F. Leitman
Magistrate Judge Anthony P. Patti

## <u>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION (ECF No. 31)</u>

Pending is Defendants' September 9, 2021 motion for leave to take Plaintiff's deposition. (ECF No. 31.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated.

Upon consideration, **IT IS HEREBY ORDERED** that Defendants' motion for leave to take Plaintiff's deposition (ECF No. 30) is **GRANTED**, and Defendants shall be permitted to take the deposition of Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. The deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: September 27, 2021

_____
ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE