UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE ANTHONY JOHNSON,

    Plaintiff,

v.

                                        Case No. 20-cv-12422
                                        Hon. Matthew F. Leitman

HATATU ELUM, *et al.*,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Court's Order (1) Overruling in Part and Terminating as Moot in Part Plaintiff's Objections (ECF No. 71) to Report and Recommendation; (2) Adopting Recommended Disposition of Report and Recommendation (ECF No. 68); and (3) Granting Defendants' Motion for Summary Judgment (ECF No. 45), dated April 4, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                                    KINIKIA ESSIX
                                                    CLERK OF COURT

                                        By:    s/Holly A. Ryan
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                          Dated:  April 4, 2023
United States District Judge                          Detroit, Michigan